1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   GREG LOWDER
3  Chief, Major Crimes Section

4  ACADIA SENESE (CABN 251287)
   Special Assistant United States Attorney
5
       450 Golden Gate Avenue, 11th Floor
6      San Francisco, California 94102
       Telephone:(415) 436-6809
7      Fax:  (415) 436-7234
       Email: acadia.senese@usdoj.gov
8
   Attorneys for the United States of America
9

10                UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                    SAN FRANCISCO DIVISION

13  UNITED STATES OF AMERICA,         )   CR No. 10-0534 BZ
                                      )
14           Plaintiff,                )
                                      )   STIPULATION AND [PROPOSED]
15       v.                            )   ORDER EXCLUDING TIME UNDER THE
                                      )   SPEEDY TRIAL ACT FROM
16  BERNIECE BEATRICE BREWSTER-       )   SEPTEMBER 23, 2010 TO SEPTEMBER
    HARDY,                            )   14, 2011.
17                                    )
                                      )
18           Defendant.                )

19
        On September 23, 2010, the parties in this case appeared before the Honorable Bernard
20
    Zimmerman for a status hearing in which the Government and Defendant's counsel agreed to
21
    pre-trial diversion for a period of one year. At that time, the parties stipulated that time should be
22
    excluded from September 23, 2010 to September 14, 2011, for a one-year period of pre-trial
23
    diversion. See 18 U.S.C. § 3161(h)(2).
24
    //
25
    //
26

27

28


    Stipulation and [Proposed] Order
    CR No. 10-0534 BZ                           1

1     The parties also agreed that the ends of justice served by granting such a continuance outweighed the best interests of the public and the defendants in a speedy trial. See 18 U.S.C. § 3161(h)(7)(A).

IT IS SO STIPULATED:

                                      MELINDA HAAG
                                      United States Attorney

DATED: October 8, 2010                 /s/
                                      ACADIA SENESE
                                      Special Assistant United States Attorney

DATED: September 29, 2010           /s/
                                      JODI LINKER
                                      Attorney for Berniece Beatrice Brewster-Hardy

    IT IS HEREBY ORDERED that time is excluded under the Speedy Trial Act from September 23, 2010 to September 14, 2011, under 18 U.S.C. § 3161(h)(2) and 18 U.S.C. § 3161(h)(7)(A).

IT IS SO ORDERED.

DATED: 3 Nov 2010

                                      THE HON. BERNARD ZIMMERMAN
                                      United States Magistrate Judge