1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   GREG LOWDER
3  Chief, Major Crimes Section

4  ACADIA SENESE (CABN 251287)
   Special Assistant United States Attorney
5
      450 Golden Gate Avenue, 11th Floor
6     San Francisco, California 94102
      Telephone:(415) 436-6809
7     Fax:  (415) 436-7234
      Email: acadia.senese@usdoj.gov
8
   Attorneys for the United States of America
9

10                     UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                          SAN FRANCISCO DIVISION

13 | UNITED STATES OF AMERICA,        )  CR No. 10-0534 BZ
                                      )
14 |         Plaintiff,                )
                                      )  STIPULATION AND [PROPOSED]
15 |     v.                            )  ORDER EXCLUDING TIME UNDER THE
                                      )  SPEEDY TRIAL ACT FROM
16 | BERNIECE BEATRICE BREWSTER-      )  SEPTEMBER 10, 2010 TO SEPTEMBER
    | HARDY,                          )  23, 2010.
17 |                                   )
                                      )
18 |         Defendant.                )
                                      )

   On September 10, 2010, the parties in this case appeared before the Honorable James Larson for an initial appearance on the Information. At that time, the parties stipulated that time should be excluded from September 10, 2010 to September 23, 2010, for effective preparation of defense counsel. The parties represented that granting the continuance was for the reasonable time necessary for effective preparation of defense counsel, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

//
//
//
//

Stipulation and [Proposed] Order
CR No. 10-0534 BZ                            1

1  The parties also agreed that the ends of justice served by granting such a continuance
2  outweighed the best interests of the public and the defendants in a speedy trial. See 18 U.S.C. §
3  3161(h)(7)(A).

5  IT IS SO STIPULATED:

6                                        MELINDA HAAG
                                      United States Attorney

8  DATED: October 8, 2010                       _____/s/_____
                                        ACADIA SENESE
9                                          Special Assistant United States Attorney

11  DATED: September 29, 2010                _____/s/_____
                                         JODI LINKER
12                                          Attorney for Berniece Beatrice Brewster-Hardy

14  
15  IT IS HEREBY ORDERED that time is excluded under the Speedy Trial Act from
September 10, 2010 to September 23, 2010, under 18 U.S.C. § 3161(B)(iv) and 18 U.S.C. §
16  3161(h)(7)(A).

18  IT IS SO ORDERED.

20  DATED: 3 Nov 2010                           _____[signature]_____
21                                          THE HON. BERNARD ZIMMERMAN
                                        United States Magistrate Judge