1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
3  MIRANDA KANE (CABN 150630)
   Chief, Criminal Division
4
   ACADIA L. SENESE (CABN 251287)
   Special Assistant United States Attorney
5
   450 Golden Gate Avenue, 11th Floor
6  San Francisco, California 94102
   Telephone: (415) 436-6809
7  Fax: (415) 436-7234
   Email: Acadia.Senese@usdoj.gov
8
   Attorneys for the United States of America
9

10                UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                    SAN FRANCISCO DIVISION

13

14 | UNITED STATES OF AMERICA,        )  CR No. 10-0534 BZ
                                      )
15 |     Plaintiff,                   )
                                      )  **MOTION AND [PROPOSED] ORDER
16 |  v.                              )  TO DISMISS INFORMATION**
                                      )
17 | BERNIECE BEATRICE BREWSTER-      )
    | HARDY,                          )
18 |                                  )
    |     Defendant.                  )
19

20      With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the

21 United States Attorney for the Northern District of California moves to dismiss the above

22 Information with prejudice as to defendant Berniece Beatrice Brewster-Hardy. The government

23 has been informed by United States Pretrial Services Officer Timothy R. Elder II that the

24 //

25

26

27

28

Motion and [Proposed] Order to Dismiss Information
CR 10-0534 BZ

defendant Berniece Beatrice Brewster-Hardy has successfully completed pretrial diversion.

Respectfully submitted,

MELINDA HAAG
United States Attorney

Dated: 9/12/11

/s/
ACADIA L. SENESE
Special Assistant United States Attorney

The Court hereby grants leave to dismiss the above Information with prejudice.

Dated: 13 Sept '11

THE HONORABLE BERNARD ZIMMERMAN
United States Magistrate Judge

Motion and [Proposed] Order to Dismiss Information
CR 10-0534 BZ                                    2